IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| This Document Relates to: | |
| George Thomas Toole | |
| Plaintiffs, | District of South Carolina |
| vs. | Civil Action No. 0:08-901 |
| Aqua-Chem, Inc. (d/b/a Cleaver Brooks Division) et al., | **AFFIDAVIT OF SERVICE** |
| Defendants | |

Mona Lisa Wallace, attorney for the Plaintiffs in the above-entitled action, being first duly sworn, deposes and says:

That service of Summons and Complaint on the Defendants in this action was obtained by depositing copies thereof in the U.S. Mail, postage prepaid, certified, return receipt requested, and addressed to each Defendant as hereinafter set forth, and that service was obtained on each defendant on the date set forth below as evidenced by the attached return receipts:

| Defendant | Return of Service |
|---|---|
| Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division<br>7800 North 113 Street<br>Milwaukee, WI 53224-3136 | 3/24/08 |
| Borg-Warner Morse TEC, Inc.<br>3850 Hamlin Road<br>Auburn Hills, MI 48326 | 3/24/08 |
| CertainTeed Corporation<br>CT Corporation System<br>75 Beattie Place<br>Greenville, SC 29601 | 3/21/08 |

| | |
|---|---|
| A.W. Chesterton Company<br>PO Box 4004<br>Woburn, MA 018801-4004 | 3/24/08 |
| Fluor Daniel, Inc.<br>c/o National Registered Agents, Inc.<br>120 Penmarc Drive, Suite 118<br>Raleigh, NC 27603 | 3/20/08 |
| Fluor Daniel Services Corporation<br>c/o National Registered Agents, Inc.<br>120 Penmarc Drive, Suite 118<br>Raleigh, NC 27603 | 3/20/08 |
| General Refractories Company<br>225 City Avenue, Suite 114<br>Bala Cynwyd, PA 19004 | 3/26/08 |
| Georgia Pacific Corporation<br>CT Corporation System<br>75 Beattie Place<br>Greenville, SC 29601 | 3/21/08 |
| National Service Industries, Inc.<br>Corporation Service Company<br>327 Hillsborough Street<br>Raleigh, NC 27603 | 3/20/08 |
| Rapid-American Corporation<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808-1645 | 3/21/08 |
| Union Carbide Corporation<br>CT Corporation Systems<br>225 Hillsborough Street<br>Raleigh, NC 27603 | 3/21/08 |
| Viacom, Inc.<br>Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808-1645 | 3/21/08 |

This the 11th day of April, 2008

s/Mona Lisa Wallace
N.C. Bar No.: 90210
Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com

Sworn to and Subscribed before me
this the 11th day of April, 2008

_Joan Crouch_ (SEAL)
Notary Public

My commission expires: 9/09/08

## SOUTH CAROLINA
## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*For Aqua-Chem, Inc. d/b/a Cleaver-Brooks Division*:

    Mr. Steven J. Pugh
    RICHARDSON, POWDEN, CARPENTER & ROBINSON
    spugh@rpcrlaw.com

*For A. W. Chesterton Company:*

    Michael Weathersby
    EVERT WEATHERSBY HOUFF
    mweathersby@ewhlaw.com

*For National Service Industries, Inc.; Rapid-American Corporation:*

    James D. Gandy
    PIERCE, HERNS, SLOAN & MCCLOUD, LLC
    trippgandy@phsm.net

*For Fluor Daniel, Inc.; Fluor Daniel Services Corporation; Certainteed Corporation; and Union Carbide Corporation:*

    Charles M. Sprinkle, III
    HAYNSWORTH SINKLER BOYD
    csprinkle@hsblawfirm.com

*For Viacom, Inc.:*

    Jennifer M. Techman
    EVERT & WEATHERSBY, LLC
    jmtechman@ewhlaw.com

*Georgia Pacific Corporation and General Refractories Company:*

    William Thomas Causby
    NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
    tom.causby@nelsonmullins.com

*For Borg-Warner Morse TEC, Inc.*

William P. Davis
BELSER, BAKER, BARWICK, RAVENEL & BENDER
wdavis@brblegal.com


s/Mona Lisa Wallace
N.C. Bar No.: 90210
Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com


Date: 4/11/08

**Receipt 1:**

Article Number: 7160 3901 9845 4841 1881
Service Type: CERTIFIED MAIL
Article Addressed to:
Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
7800 North 113 Street
Milwaukee, WI 53224-3136

TOOLE, G    J Crouch

A. Received by: Carmen Mc___ (Agent)
B. Date of Delivery: MAR 24 2008

PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 2:**

Article Number: 7160 3901 9845 4841 1874
Service Type: CERTIFIED MAIL
Article Addressed to:
Borg-Warner Morse TEC, Inc.
3850 Hamlin Road
Auburn Hills, MI 48326

TOOLE, G    J Crouch

A. Received by: TIM HERMA (Agent)
B. Date of Delivery: MAR 24 2008

PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 3:**

Article Number: 7160 3901 9845 4841 1867
Service Type: CERTIFIED MAIL
Article Addressed to:
CertainTeed Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

TOOLE, G    J Crouch

B. Date of Delivery: 3/21/8

PS Form 3811, January 2005    Domestic Return Receipt

**Receipt 1:**

Barcode: 7160 3901 9845 4841 1850

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
A. W. Chesterton Company
PO Box 4004
Woburn, MA 01888-4004

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Ken Cook
B. Date of Delivery: MAR 2 4 2008
C. Signature: X Ken Cook
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

TOOLE, G                    J Crouch
PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 2:**

2. Article Number
Barcode: 7160 3901 9845 4841 1843

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Fluor Daniel, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Heather Hughes
B. Date of Delivery: 3/20/08
C. Signature: X Heather Hughes
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

TOOLE, G                    J Crouch
PS Form 3811, January 2005    Domestic Return Receipt

---

**Receipt 3:**

2. Article Number
Barcode: 7160 3901 9845 4841 1836

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Fluor Daniel Services Corporation
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Heather Hughes
B. Date of Delivery: 3/20/08
C. Signature: X Heather Hughes
☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

TOOLE, G                    J Crouch
PS Form 3811, January 2005    Domestic Return Receipt

**Article 1**

Article Number: 7160 3901 9845 4841 1829

Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:
General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA 19004

A. Received by (Please Print Clearly): K. Skeffins
B. Date of Delivery: 3/24
C. Signature: X [signature] K. Sheffer
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

TOOLE, G          J Crouch
PS Form 3811, January 2005   Domestic Return Receipt

---

**Article 2**

Article Number: 7160 3901 9845 4841 1812

Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:
Georgia Pacific Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

A. Received by (Please Print Clearly):
B. Date of Delivery: 3/21/8
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

TOOLE, G          J Crouch
PS Form 3811, January 2005   Domestic Return Receipt

---

**Article 3**

Article Number: 7160 3901 9845 4841 1805

Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:
National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

A. Received by (Please Print Clearly): Heather Hughes
B. Date of Delivery: 3/20/08
C. Signature: X Heather Hughes
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

TOOLE, G          J Crouch
PS Form 3811, January 2005   Domestic Return Receipt

